# MEMORANDUM DECISIONS.

ALABAMA NAT. BANK OF BIRMINGHAM et al. v. MASSASSOIT–PO-CASSET NAT. BANK. (Circuit Court of Appeals, Fifth Circuit. March 10, 1908. On Rehearing, April 2, 1908.) No. 1,726. Appeal from the Circuit Court of the United States for the Northern Division of the Northern District of Alabama. Paul Speake, Lawrence Cooper, and Joseph W. Carroll, for appellants. R. W. Walker, for appellee. Before McCORMICK, Circuit Judge, and NEWMAN and BURNS, District Judges.

PER CURIAM. The facts in this case are fully set out, and the conclusion reached by the Circuit Court, as well as the reasons therefor, fully stated, in the opinion filed by Circuit Judge Shelby in disposing of the case, and reported in the case of Farmers' Loan & Trust Co. v. Madison Manufacturing Co., 153 Fed. 310. We concur in the conclusion there reached, as well as in the reasons upon which the conclusion is based. Therefore the judgment of the court below will be affirmed.

### On Application for Rehearing.

The judges before whom this case was heard, have considered the application for rehearing; and being of the opinion that they decided the case correctly, the motion for rehearing is denied.

---

C. B. RICHARD & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 4, 1907.) No. 80 (4,267). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 151 Fed. 954, affirming a decision by the Board of United States General Appraisers. Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for importers. D. Frank Lloyd, Asst. U. S. Atty. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed.

---

THE CZARINA. (Circuit Court of Appeals, Second Circuit. February 11, 1908.) No. 152. Appeal from the District Court of the United States for the Southern District of New York. Nicoll, Anable & Lindsay (A. R. Watson, of counsel), for appellant. Hyland & Zabriskie, for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decree of District Court (152 Fed. 297) affirmed, with interest and costs.

---

GARTNER, SONS & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 10, 1908.) No. 169 (4,457). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 154 Fed. 957, affirming a decision by the Board of United States General Appraisers. Hatch & Clute (Walter F. Welch, of counsel), for importers. J. Osgood Nichols, Asst. U. S. Atty. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed, on opinion of Judge Martin.